UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONNELL MACABURAS TACATA,

          Petitioner,

v.

JOHN LOVICK, et. al.,

          Respondents.

Case No. C13-656-RSL

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the record, does hereby find and **ORDER**:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's § 2254 habeas petition is **DENIED** and this matter is **DISMISSED** without prejudice;

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 21st day of May, 2013.

                                                    */s/ Robert S. Lasnik*
                                                    Robert S. Lasnik
                                                    United States District Judge

ORDER OF DISMISSAL- 1