UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONNELL MACABURAS TACATA,

                Petitioner,

    v.

JOHN LOVICK, et. al.,

                Respondents.

Case No. C13-656-RSL

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the record, does hereby find and **ORDER**:

    1.    The Report and Recommendation is **ADOPTED**;

    2.    Petitioner's § 2254 habeas petition is **DENIED** and this matter is **DISMISSED** without prejudice;

    3.    Petitioner is **DENIED** issuance of a certificate of appealability; and

    4.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 21st day of May, 2013.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL- 1